1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   XAVIER LUMAR J'WEIAL                   No.  2:17-CV-02316 GGH

12                      Petitioner,

     v.
13                                          ORDER

     JOE LIZARRAGA
14
                       Respondent.
15

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, and an application to proceed in forma pauperis.

19   ECF No. 2.  The court has not ruled on that application.

20          Petitioner is currently confined in the Mule Creek State Prison which is within the

21   Eastern District of California, but his conviction emanated from a judgment entered in the

22   Superior Court for Kern County and his appeal was before the Fifth Circuit Court of Appeal.

23   Therefore, the proper venue for the case is in the Fresno Division of this court where the records

24   regarding petitioner's conviction, and those related to his appeal to the Fifth District Court of

25   Appeal, are readily available .

26   ////

27   ////

28   ////

                                              1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.    The Clerk of the Court shall transfer this case to the Fresno Division of this court

3 and close this file.

4 DATED: November 15, 2017

5

6                             /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE